**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2**
**Eastern Division**

Christine Boardman, et al.
                                                      Plaintiff,

v.                                                                    Case No.: 1:18−cv−02728
                                                                    Honorable Rebecca R. Pallmeyer

Service Employees International Union, et al.
                                                     Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, March 21, 2019:

      MINUTE entry before the Honorable Rebecca R. Pallmeyer: Counsel briefed the motion to dismiss in this case prior to the union election and prior to entry of this court's ruling on the motion to dismiss for lack of jurisdiction in Hunter v. SEIU (Docket No. 79 in18 C 986). As there is substantial overlap between the issues addressed in that ruling and the matters at issue in this case, the court believes additional briefing is appropriate. The motion to dismiss [30] is stricken without prejudice to renewal in 21 days. Status conference is set for April 15, 2019, at 9:30 a.m. Mailed notice. (etv, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.