**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| **CHRISTINE BOARDMAN, et al.**<br><br>    **Plaintiffs,**<br>**v.**<br><br>**SERVICE EMPLOYEES INTERNATIONAL UNION a/k/a/ SEIU, ELISEO MEDINA and DIAN PALMER, Individually and as Co-Trustees of SEIU LOCAL 73, SEIU EMPLOYEES INTERNATIONAL UNION NO. 73 a/k/a SEIU Local 73 and MARY KAY HENRY, Individually and as PRESIDENT OF SEIU,**<br><br>    **Defendants.** | **Case No. 1:18-CV-02728**<br><br>**Related to:**<br><br>**Hunter v. Service Employees International Union, et al., Case No. 1:18-CV-00986**<br><br>**Judge Pallmeyer** |

## DEFENDANTS' NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF THEIR MOTION TO DISMISS

Leon Dayan, Esq.*
Abigail V. Carter, Esq.*
*(admitted *pro hac vice*)
Bredhoff & Kaiser, PLLC
805 15th Street N.W., Suite 1000
Washington, D.C. 20005
Telephone: (202) 842-2600
ldayan@bredhoff.com
acarter@bredhoff.com

Barry M. Bennett, Esq.
George A. Luscombe, III, Esq.
Dowd, Bloch, Bennett, Cervone
Auerbach & Yokich
8 South Michigan Avenue, 19th Floor
Chicago, IL 60603
Telephone: (312) 372-1361
bbennett@laboradvocates.com

As supplemental authority in support of Defendants' Motion to Dismiss, Plaintiffs respectfully submit the attached Memorandum Opinion issued on September 27, 2019, in *English et al. v. Service Employees International Union, Local 73, et al.,* Case No. 1:18-CV-5272 (N.D. Ill.) ("Opinion"). In that case, Plaintiffs, all of whom were former employees and members of Local 73, brought suit against Local 73 and Denise Poloyac, formerly one of the Trustees in charge of Local 73, alleging that their terminations were in violation of their rights as union members under the Labor-Management Reporting and Disclosure Act ("LMRDA").

In its Opinion, the district court granted Defendants' Motion to Dismiss, holding that under the applicable Supreme Court and Seventh Circuit case law, the LMRDA does not protect union employees against discharge from employment by an unelected trustee. Op. at 5, 7-8. The district court also held that because plaintiffs' status as union members was derivative of their employment status, plaintiffs' loss of union membership did not give rise to a claim under the LMRDA. *Id.* at 8.

The Opinion thus directly supports Defendants' Motion to Dismiss Counts I and IV of Plaintiffs' Second Amended Complaint, which allege violations of section 101(a)(5) of the LMRDA. *See* Br. ISO Defs' Mot. Dismiss (ECF No. 47) at 4-6; Reply ISO Defs' Mot. Dismiss (ECF No. 56) at 1-2. Like the plaintiffs in *English*, Plaintiffs here allege that their LMRDA rights as union members were violated when they lost their status as union members as a result of losing their union employment. The district court's Opinion in *English* provides additional authority that Plaintiffs' legal theory as to this claim fails as a matter of law.

Respectfully Submitted,

_/s/ Leon Dayan_                                        _/s/ Barry M. Bennett_

Leon Dayan, Esq.*
Abigail V. Carter, Esq.*                              Barry M. Bennett, Esq.
*(admitted _pro hac vice_)                            George A. Luscombe, III, Esq.
Bredhoff & Kaiser, PLLC                               Dowd, Bloch, Bennett, Cervone,
805 15th Street N.W., Suite 1000                      Auerbach & Yokich
Washington, D.C. 20005                                8 South Michigan Avenue, 19th Floor
Telephone: (202) 842-2600                             Chicago, IL 60603
ldayan@bredhoff.com                                   Telephone: (312) 372-1361
                                                      bbennett@laboradvocates.com

_Counsel for Defendants_

Dated: September 30, 2019

## CERTIFICATE OF SERVICE

This certifies that a true and correct copy of the foregoing notice of supplemental authority in support of Defendants' motion to dismiss, was served on the following counsel of record via ECF on this September 30, 2019:

> Mark S. Schaffner, Esq.
> Law Offices of Mark Schaffner, P.C.
> 100 North Riverside Plaza, Suite 2150
> Chicago, IL 60606
>
> *Counsel for Plaintiff Christine Boardman*

In addition, I certify that a true and correct copy of the foregoing notice foregoing notice of supplemental authority in support of Defendants' motion to dismiss, was served on the following attorneys in the related case *Hunter v. Service Employees International Union*, 18-CV-00986, by transmitting copies to them by email at the following addresses:

> Melissa P. Casey, Esq.
> MPC Law Group
> 221 North LaSalle Street, Suite 1414
> Chicago, IL 60601
> Email: mpclawgroup@gmail.com
>
> Angel Petrov Bakov
> Glen J. Dunn & Associates, Ltd.
> 221 N. LaSalle St., Suite 1414
> Chicago, IL 60601
> Email: abakov@gjdlaw.com
>
> Glen J. Dunn, Jr.
> Glen J. Dunn & Associates, Ltd.
> 221 N. LaSalle Street, Suite 1414
> Chicago, IL 60601
> Email: gdunn@gjdlaw.com

> */s/ Leon Dayan*
> Leon Dayan